# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-107-Orl-28GJK

**GIORLIANA CORTIJO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Clarence W. Counts, Jr. |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Lisa C. Kindel |
| **DATE/TIME:** | April 18, 2008 9:30-10:15 a.m. | **INTERPRETER:** | Vanessa Wangenknecht/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 975)   Granted.

IMPRISONMENT:   145 Months.

Supervised Release:   5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Community Service Program:   Perform 150 hours in lieu of paying a fine.

    Other:   Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

Count Two of the Indictment is dismissed.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal.